**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WAYNE ROY HONSINGER,

              Petitioner,

Case No. 06-cv-10720
JUDGE DENISE PAGE HOOD
MAGISTRATE JUDGE PAUL J. KOMIVES

v.

SHIRLEE L. BURT

              Respondent.

_____/

## ORDER ACCEPTING REPORT AND REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation **[Docket No. 18]**, dated November 10, 2008. To date, none of the parties have filed objections to the Magistrate Judge's Report and Recommendation.

The Court has had an opportunity to review the Report and Recommendation and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. The Court agrees with the Magistrate Judge's determination that Petitioner is not entitled to habeas relief, as the state courts' resolution of Petitioner's claims did not result in a decision which was contrary to, or which involved an unreasonable application of, clearly established federal law.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Komives' Report and Recommendation **[Docket No. 21, filed Nov. 10, 2008]** is **ACCEPTED** and **ADOPTED** as this Court's findings and conclusions of law.

**IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus **[Docket No. 1,**

**filed Feb. 17, 2006]** is **DENIED**.

             S/Denise Page Hood
             Denise Page Hood
             United States District Judge

Dated: January 30, 2009

  I hereby certify that a copy of the foregoing document was served upon counsel of record and Wayne R. Honsinger, Reg. No. 134597, Muskegon Correctional Facility, 2400 S. Sheridan Rd., Muskegon, MI 49442 on January 30, 2009, by electronic and/or ordinary mail.

             S/William F. Lewis
             Case Manager